ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

SHARON B. ELLISON,           )
                             )
      Plaintiff,             )
                             )
v.                           )     CV 107-007
                             )
GREENVILLE HOTEL L.L.C., d/b/a )
Savannah Suites (aka) Augusta Inc., et al., )
                             )
      Defendants.            )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to pay the $50.00 partial filing fee, and this civil action is **CLOSED**.

SO ORDERED this 3 day of August, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE